Ryan D. Ball (State Bar No. 321772)
rball@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612
Telephone:  +1.949.851.3939
Facsimile:   +1.949.553.7539

Attorneys for Plaintiff
NERDWALLET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERDWALLET, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY INFORMATION SERVICES, LLC, D/B/A ATELIO, <br><br> Defendant. | Case No.: 3:25-cv-08184 <br><br> **COMPLAINT** <br><br> 1. Breach Of Contract <br><br> 2. Indemnification |

Plaintiff Nerdwallet, Inc. ("Nerdwallet") alleges as follows:

## NATURE OF THE ACTION

1. This actions seeks to hold Defendant Fidelity Information Services, LLC, d/b/a Atelio ("Atelio") accountable for its failure to perform straightforward contractual obligations, which have caused NerdWallet to suffer both monetary and reputational harm.

2. NerdWallet, a leading consumer finance company, engaged Atelio to manage the start-up, operation and, ultimately, wind-down of the NerdUp Card, a secured credit card launched in October 2023, with the goal of helping consumers build credit.

3. Atelio's responsibilities in connection with the wind-down of the NerdUp Card could not have been simpler. Its core job was to issue refund checks to a little over 1,600 customers who had not withdrawn their funds from their connected bank accounts.

4. Atelio failed at every turn. Despite agreeing to issue all refunds by April 2025, it has yet to complete the process.

5. Even when Atelio attempted to issue refunds, many of the checks were invalid. In fact, one customer received *four* invalid checks from Atelio.

6. Making matters worse, Atelio attempted to cover its tracks by repeatedly ignoring NerdWallet's requests for additional information.

7. NerdWallet has attempted to work with Atelio to rectify the situation, but Atelio has refused to cooperate at every turn. As a result, NerdWallet has suffered substantial losses, including, but not limited to, increased business costs, increased litigation and regulatory risks (including two monetary settlements to date to avoid threatened litigation), and serious reputational harm.

## JURISDICTION AND VENUE

8. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because NerdWallet has its principal place of business in California,

no Defendant resides in California, and the amount in controversy exceeds $75,000.

9. Venue is proper in this District under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to NerdWallet's claims occurred here and NerdWallet resides in this District.

## PARTIES

10. NerdWallet, Inc. ("NerdWallet") is a leading personal finance company incorporated in the state of Delaware and with its principal place of business in San Mateo, California.

11. Fidelity Information Services, LLC, d/b/a Atelio ("Atelio") is a financial technology company organized under the laws of the State of Arkansas and with its principal place of business in Jacksonville, Florida.

12. Atelio is a wholly owned subsidiary of Fidelity National Information Services, Inc., a Fortune 500 company that bills itself as a leading global provider of financial technology solutions. Atelio regularly and systematically conducts business in California.

## FACTUAL ALLEGATIONS

13. NerdWallet engaged Atelio in June of 2023 to provide certain services in connection with the NerdUp Card.

14. The NerdUp Card allowed users to build credit with minimal risk by depositing funds in an account and using those funds to cover their future NerdUp Card purchases.

15. NerdWallet and Atelio's relationship was principally governed by the Terms of Use executed by the parties on or about June 3, 2023.

16. Under the Terms of Use, Atelio had primary responsibility for most aspects of the NerdUp Card's operations, including issuing cards; creating and maintaining an online application for customers; servicing and supporting customers' accounts; managing the relationship with the bank holding the customers' deposit accounts; and handling collection activities on past-due accounts.

17. Atelio further agreed to use commercially reasonable efforts to address customer issues and assist NerdWallet during the wind-down process.

18. NerdWallet relied on Atelio to perform its contractual obligations competently and in good faith. Indeed, Atelio expressly represented and warranted that the services it provided would materially conform to the Terms of Use, and it agreed to indemnify NerdWallet against "any" loss resulting from its breach of those representations and warranties or its wind-down obligations.

19. In the fall of 2024, NerdWallet opted to discontinue the NerdUp Card. As such, on November 22, 2024, NerdWallet and Atelio executed an Addendum to the Terms of Use, reiterating their commitment to cooperate on the closure of the program and agreeing to effectuate a "Wind-Down Plan."

20. The wind-down of the NerdUp Card was not a complex undertaking. Atelio had a few, simple responsibilities. Namely, Atelio agreed to:

    a. Disable NerdUp Cards, and prevent further deposits or withdrawals, on the "freeze date" of February 17, 2025.

    b. Issue refund checks to customers who did not withdraw their funds before the freeze date.

    c. Request NerdWallet's cooperation "in a timely manner" if such cooperation was needed to effectuate refunds.

    d. Deliver final statements to users.

    e. Complete its wind-down obligations by an agreed April 21, 2025 Closure Date.

21. For its part, NerdWallet agreed to provide notice to impacted customers, cooperate in the return of funds to customers if needed, and continue to provide customer support for 90 days after the NerdUp Card's agreed closure date of April 21, 2025.

### Atelio Botches the NerdUp Card Wind-Down

22. Atelio did one thing right under the Wind-Down Plan: it successfully

disabled NerdUp Cards and user accounts on the February 17, 2025 freeze date. Otherwise, it has completely failed to live up to its contractual obligations.

23. Put mildly, Atelio's performance has been a disaster.

### *Payment Delays*

24. Most fundamental, Atelio failed to fulfill its obligation to timely issue refunds to a little over 1,600 NerdUp customers.

25. At the time of the freeze date, there were only 1,609 customers who had not withdrawn their deposits and needed refunds.

26. Despite agreeing to issue all refunds by April 21, 2025, Atelio has failed to do so. In fact, Atelio expressly represented that the entire refund process would be completed by the end of March 2025, yet Atelio did not send out a single check until April 14, 2025. In other words, NerdUp customers did not begin receiving refunds until after the entire refund process was scheduled to be completed.

27. Worse yet, additional checks (including replacement checks necessitated by Atelio's payment and communication failures described below) have been issued at a snail's pace.

28. Nearly five months after the freeze date, the refund process still has not been completed, in plain breach of Atelio's obligation to timely issue refund checks.

### *Rejected Checks*

29. Even in those instances where Atelio managed to deliver checks, many NerdUp Card customers were still unable to access their funds because the checks they received were rejected by their banks.

30. Atelio never notified NerdWallet that it had issued invalid checks. Instead, NerdWallet discovered the issue after customers began complaining in April 2025.

31. Atelio's actions are inexcusable. Even after Atelio attempted to issue replacement checks, it still could not get it right. One customer had four separate checks rejected by his bank.

*Failure to Communicate with NerdWallet*

32. The consequences of Atelio's recurring failures to make timely (or, often, any) refunds to NerdUp Card customers have been compounded by its failure to promptly and competently communicate with NerdWallet.

33. The Terms of Use require Atelio to reasonably assist NerdWallet with issues that arise with Atelio's services and to resolve consumer complaints.

34. Similarly, the Wind-Down Plan requires Atelio to timely notify NerdWallet of issues with the refund process. Yet Atelio has kept NerdWallet in the dark about numerous key issues.

35. After sending the initial round of refund checks through standard mail, Atelio did not in any way track the status or delivery of those refunds. It was only through customer complaints that NerdWallet discovered that numerous customers had not received their checks after weeks of waiting.

36. The same is true for the bad checks that Atelio sent: NerdWallet discovered these issues through customer complaints, not from Atelio.

37. And despite repeated inquiries about the status of the refund process, Atelio has continuously refused to provide updates or meaningfully communicate.

38. Even today, Atelio refuses to keep NerdWallet apprised of the status of the refund process.

*Statement Errors*

39. Atelio even failed in performing the rudimentary task of issuing account statements to customers.

40. Atelio notified NerdWallet on April 11, 2025, that it miscalculated the statement balances for at least five customers. But NerdWallet's attempts to communicate with these customers were delayed for more than a month because Atelio initially provided NerdWallet with incorrect user IDs.

41. Atelio has no justification for its failures. NerdWallet contracted with Atelio to service the NerdUp Card and cooperate on its wind-down. Atelio has

completely failed to perform these straightforward obligations.

### *Atelio's Breaches Have Caused Substantial Harm*

42. NerdWallet paid Atelio hundreds of thousands of dollars in connection with the NerdUp Card program.

43. Atelio's numerous, material breaches of the Terms of Use and the Wind-Down Plan (including but not limited to its breach of its representations and warranties in Section 14 of the Terms of Use and its wind-down obligations in Section 19 of the Terms of Use) have deprived NerdWallet of the benefit of its bargain and caused substantial other harm, including, but not limited to, increased operating costs, heightened litigation and regulatory risks, and reputational harm.

44. Atelio's failure to properly repay NerdUp Card customers caused a protracted and continuing surge in customer complaints directed at NerdWallet.

45. NerdWallet's support obligations under the Wind-Down Plan ended on July 20, 2025, 90 days after the closure date. Yet, to date, NerdWallet continues to field complaints from NerdUp Card customers whose refunds were delayed, or who never received refunds. In fact, NerdWallet has fielded more than 1,000 consumer complaints related to the NerdUp Card since the freeze date.

46. The volume and duration of these complaints required NerdWallet to devote additional staff and resources for far longer than anticipated, increasing costs and impairing NerdWallet's ability to address other customer issues.

47. Atelio's failure to timely comply with its refund obligations has also caused heightened regulatory and litigation risk. Given the real-world harm caused by Atelio's failure to timely make refunds, customers foreseeably escalated their complaints beyond NerdWallet, including to the Consumer Financial Protection Bureau and the Bureau Better Business Bureau.

48. To avoid the risk and expense of litigation, NerdWallet has reached monetary settlements in two instances, and it faces an ongoing risk of litigation, increased regulatory attention, and other retaliatory action.

49. Atelio's failures have also damaged NerdWallet's reputation. NerdWallet's business depends on the trust and goodwill of its customers, which is why NerdWallet goes to great lengths to protect its reputation.

50. Atelio's handling of the NerdUp Card wind-down has tarnished that reputation. Consumers neither understand nor care that Atelio, rather than NerdWallet, is at fault for failing to return their money. Instead, they understandably blame the company whose name is on the credit card—NerdWallet. But it Atelio, not NerdWallet, that failed to live up to its obligations.

### FIRST CLAIM FOR RELIEF

### (Breach Of Contract)

51. NerdWallet realleges and incorporates herein by reference each and every forgoing paragraph as if set forth in full.

52. NerdWallet and Atelio entered into a valid, enforceable contract (the Terms of Use and Wind-Down Plan) for the provision of services in connection with the NerdUp Card and its wind-down.

53. Atelio materially breached its obligations under the Terms of Use and Wind-Down Plan in numerous ways, including by failing to timely issue refunds to consumers, issuing defective and uncashable checks, failing to adequately communicate with NerdWallet regarding the refund process, failing to issue proper statements, and failing to exercise its obligations competently and in good faith.

54. Atelio's material breaches of contract have damaged NerdWallet, including by depriving it of the benefit of its bargain and causing substantial other harm, including increased operating costs, heightened litigation and regulatory risks, reputational harm, and costs, fees (including attorneys' fees), and expenses.

55. Based on the foregoing, Atelio is liable to NerdWallet for breach of contract, and NerdWallet entitled to an award of damages of not less than $1 million.

## SECOND CLAIM FOR RELIEF

### (Indemnification)

56. NerdWallet incorporates each of the foregoing paragraphs as if fully set forth herein.

57. Atelio represented and warranted that it would carry out its obligations materially in accordance with the Terms of Use and would cooperate with NerdWallet in winding down the NerdUp Card program.

58. Atelio agreed to indemnify NerdWallet against "any" loss resulting from its breach of its representations and warranties and its obligations in connection with the wind-down.

59. Atelio's material breaches of contract have damaged NerdWallet, including by depriving it of the benefit of its bargain and causing substantial other harm, including increased operating costs, heightened litigation and regulatory risks, reputational harm, and other costs, fees (including attorneys' fees), and expenses.

60. Based on the foregoing, Atelio must indemnify NerdWallet for all losses it has incurred as a result of Atelio's breaches of its representations and warranties, including settlements reached with NerdUp customers, as well as all damages and costs caused by Atelio's failure to complete the wind-down .

## DEMAND FOR JURY TRIAL

61. NerdWallet demands a jury trial on all issues triable of right by jury.

## PRAYER FOR RELIEF

WHEREFORE, NerdWallet prays for the following relief:

a. A determination that Atelio breached the Terms of Use and Wind-Down Plan;

b. A determination that Atelio must indemnify NerdWallet for all losses sustained as a result of its breach of its representations and warranties;

c. An award of compensatory and consequential damages in an amount to be proved at trial;

d. An award of costs, expenses, attorneys' fees, and other losses incurred as a result of NerdWallet's breaches;

e. An award of pre- and post-judgment interest as permitted by law and contract;

f. Any other relief that the Court finds just or appropriate.

Dated: September 25, 2025                     JONES DAY


By: */s/ Ryan D. Ball*
       RYAN D. BALL

Attorney for Plaintiff
NERDWALLET, INC.